# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-270-OWW-DLB PC<br>ORDER DISMISSING ACTION, WITH PREJUDICE<br><br>(Doc. 1) |

　　　Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional Institution in Greenville, Illinois. To date, plaintiff has filed more than seventy-five civil cases in this district. Plaintiff is an abusive litigant who persists in filing baseless actions in this district. The instant complaint is duplicative of at least seven previous complaints filed in the last two years.[1] There is no good faith basis for the filing of duplicative actions. In addition, the complaint itself fails to state any cognizable claims under federal law, as it is rambling and nonsensical.

　　　This action is HEREBY DISMISSED, WITH PREJUDICE.

　　　IT IS SO ORDERED.

　　　Dated:　March 7, 2008　　　　　　　　　/s/ Dennis L. Beck

---

[1] The Court takes judicial notice of case numbers 1:07-cv-00075-LJO-DLB PC Jo v. Six Unknown Names Agents, 1:07-cv-00159-AWI-SMS PC Jo v. Six Unknown Names Agents, 1:07-cv-00315-LJO-NEW (DLB) PC Jo v. Six Unknown Names Agents; 1:07-cv-00402-AWI-SMS PC Jo v. Six Unknown Names Agents; 1:07-cv-00476-OWW-SMS PC Jo v. Six Unknown Names Agents; 1:07-cv-00848-OWW-NEW (DLB) PC Jo. vs. Six Unknown Names Agents, and 1:07-cv-1499-LJO-DLB PC Jo v. Six Unknown Names Agents.

1

1 UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28